# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-2457
LT Case No. 2020-DP-000428
_____

I.S.A., Father of I.S.C. and
E.S.C., Children,

      Appellant,

      v.

DEPARTMENT OF CHILDREN
AND FAMILIES,

      Appellee.

_____

On appeal from the Circuit Court for Marion County.
Stacy M. Youmans, Judge.

Carl New, Ocala, for Appellant.

Rachel Batten, of Children's Legal Services, of Department of
Children and Families, Brooksville, for Appellee.

Sara Goldfarb, Statewide Director of Appeals, and Amanda
Victoria Glass, Senior Attorney of Appellate Division, of Guardian
ad Litem Office, Tallahassee, and Jamie Billotte Moses, Co-
Counsel for Guardian ad Litem Program, of Holland & Knight,
LLP, Orlando, for Guardian ad Litem o/b/o I.S.C. and E.S.C.

December 4, 2023

PER CURIAM.

AFFIRMED.

MAKAR, SOUD, and BOATWRIGHT, JJ., concur.

––––––––––––––––––––––––––––

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

––––––––––––––––––––––––––––